IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,

      Plaintiff,

v.                                          CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,

      Defendant.
_____/

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

      Upon consideration, Defendant's Motion for Enlargement of Time Within Which to Respond to Complaint (doc. 6) is granted.  Defendant shall have up to and including December 15, 2008, to file and serve a response to the complaint.

      SO ORDERED this 26th day of November, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge