IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,

        Plaintiff,

v.                             CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,

        Defendant.

_____/

**ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

      Upon consideration, Plaintiff's Unopposed Motion for Extension of Time

(doc. 16) is granted.  Plaintiff shall have up to and including January 12, 2009, to

file and serve a response to the motion to dismiss.

      SO ORDERED this 9th day of January, 2009.

                    _s/ Stephan P. Mickle_____

                    Stephan P. Mickle
                    United States District Judge