IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,

      Plaintiff,

v.                                        CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,

      Defendant.
_____/

### ORDER DIRECTING DEFENDANT TO SUPPLEMENT NOTICE OF REMOVAL

      Defendant's Notice of Removal (doc. 1) was accompanied by a copy of the complaint filed in state court, but pages 6 and 7 are missing. Accordingly, it is

      ORDERED AND ADJUDGED: Defendant shall have up to and including January 23, 2009, to supplement its notice of removal with a complete copy of the complaint.

      DONE AND ORDERED this 14th day of January, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge