IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,

    Plaintiff,

v.                              CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,

    Defendant.
_____/

**ORDER ALLOWING PARTY REPRESENTATIVE
TO APPEAR BY TELEPHONE AT MEDIATION**

Upon consideration, the Agreed Motion for Party Representative to Appear by Telephone at Mediation (doc. 44) is granted.

SO ORDERED this 10th day of August, 2009.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           Chief United States District Judge