# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

L & S TRAILERS & SUPPLY, LLC,

    Plaintiff,                    CASE NO. 1:08-cv-00232-SPM-AK

vs.

OPTIMA INDUSTRIES, LLC,

    Defendant.

_____/

## ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW

Pending before the Court is a Motion for Leave to Withdraw (doc. 55) filed by counsel for Defendant. Ten days' notice has been provided to the Defendant, as required under Northern District of Florida Local Rule 11.1(F). Plaintiff has no objection to the withdrawal. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion for Leave to Withdraw (doc. 55) is GRANTED.

2. Attorney Lorence Jon Bielby, and the law firm of Greenberg Traurig, P.A. are granted leave to withdraw and relieved of further responsibility as attorney of record for Defendant.

3. Defendant shall have up to and including December 20, 2009, to

effect the filing of a notice of appearance by a new attorney.

   4. As a corporate entity, Defendant Optima Industries, LLC, cannot proceed *pro se* and must be represented by an attorney.  See <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985).  Failure to file a notice of appearance by a new attorney, as ordered, will result in entry of default against Optima Industries, LLC.

   DONE AND ORDERED this <u>twentieth</u> day of November, 2009.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       Chief United States District Judge