IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,
    Plaintiff,

v.                    CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,
    Defendant.
_____/

## ORDER SETTING ASIDE DEFAULT

This cause comes before the Court on Defendant Optima Industries, LLC's Motion to Set Aside Default. Doc. 65. Plaintiff has failed to file a response, which under local rule 7.1 provides sufficient reason to grant the motion. The Court has nevertheless reviewed the motion on the merits and finds good cause to set aside the default. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant Optima Industries, LLC's Motion to Set Aside Default (doc. 65) is granted. The default is set aside.

2. Trial remains scheduled for 8:30 a.m. on April 5, 2010, at the United States Courthouse in Gainesville, Florida, and will cover all aspects of liability and damages.

DONE AND ORDERED this 24th day of February, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge