IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L AND S TRAILERS &
SUPPLY, LLC,

      Plaintiff,

v.                                        CASE NO.: 1:08cv232-SPM/AK

OPTIMA INDUSTRIES, LLC,

      Defendant.
_____/

### ORDER DEFERRING RULING ON MOTION TO WITHDRAW AND CONTINUING PRETRIAL CONFERENCE AND TRIAL

This cause comes before the Court on the Motion for Leave to Withdraw as Counsel for Plaintiff, L and S Trailers & Supply, LLC. Doc. 72. In the motion, counsel for Plaintiff states that a letter and proposed motion to withdraw was sent to Plaintiff at its last known address. There is no indication that other attempts have been made to notify Plaintiff. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Court will defer ruling on the motion for leave to withdraw (doc. 72).

2.     Counsel for Plaintiff shall make a good faith effort to contact Plaintiff and include Plaintiff's position on withdrawal in a supplement to the motion that

shall be filed on or before May 24, 2010. If counsel for Plaintiff is unable to contact Plaintiff, counsel shall include a report of the efforts made to contact Plaintiff.

      3.     Trial is reset for 8:30 a.m. on September 7, 2010, at the United States Courthouse in Gainesville, Florida.

      4.     The pretrial conference set for May 13, 2010 is cancelled. A separate order setting a pretrial conference will issue with new dates for compliance.

DONE AND ORDERED this 10th day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge